**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         PLAINTIFF<br><br>                v.<br><br>RYAN JAMES WEDDING,<br>  aka "James Conrad King,"<br>  aka "~R137,"<br>  aka "~PE,"<br>  aka "~3.14,"<br>  aka "R,"<br>  aka "RW,"<br>  aka "Mexi,"<br>  aka "El Jefe,"<br>  aka "El Toro,"<br>  aka "Boss,"<br>  aka "Buddy,"<br>  aka "Giant,"<br>  aka "Grande,"<br>  aka "Public,"<br>  aka "Public Enemy,"<br>  aka "NPKY8WY7,"<br>  aka "FUJ93HXR,"<br>ANDREW CLARK,<br>  aka "~Mero güero,"<br>  aka "~The Dictator,"<br>  aka "~El manda mas,"<br>  aka "~el chiquito loco,"<br>  aka "~el niño problemático,"<br>  aka "~The Dick,"<br>  aka "El Guapo,"<br>  aka "Mero Wero,"<br>  aka "Dick,"<br>  aka "Dictator,"<br>  aka "New Dict,"<br>  aka "DCY87D3T,"<br>  aka "U9BM5XPD,"<br>  aka "6YFRTV3P,"<br>  aka "8ZEDZR2D,"<br>  aka "J57629UV,"<br>  aka "ZFJJX7EF,"<br>HARDEEP RATTE,<br>  aka "~PP,"<br>  aka "~diamond,"<br>  aka "~GEARZ,"<br>  aka "Uncle,"<br>  aka "Tio,"<br>  aka "9HW2UZZK,"<br>  aka "ZER4X4H7,"<br>  aka "BZUH5P4M,"<br>GURPREET SINGH,<br>  aka "~FARMER,"<br>  aka "~Poppey 1,"<br>  aka "Popey,"<br>  aka "Z7S6CMNZ," | Initial Indictment:<br>24-cr-369-SPG<br><br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br>24-cr-369(A)-SPG<br><br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex) |

|  |  |
|---|---|
| aka "KU7TPJKB,"<br>aka "KDXJBUUT,"<br>GENNADII BILONOG,<br>   aka "John,"<br>CARLOS ALBERTO PEÑA GOYENECHE,<br>   aka "W7ZZTY4Y,"<br>RAKHIM IBRAGIMOV,<br>   aka "George,"<br>   aka "Russian,"<br>NAHIM JORGE BONILLA,<br>   aka "Nahhim,"<br>   aka "The One,"<br>   aka "$,"<br>   aka "4SSP8KTR,"<br>MALIK DAMION CUNNINGHAM,<br>   aka "Jamal Abukar,"<br>   aka "~MrPerfect,"<br>   aka "YBWZYA9W,"<br>JOEL SOSA CARDENAS,<br>ANDRES FELIPE PUCCETTI IRIARTE,<br>   aka "Lala kid,"<br>ANTHONY MENDOZA LOPEZ,<br>ANSELMO ACUNA GARCIA,<br>   aka "El Perro,"<br>   aka "The Dog,"<br>JUAN MANUEL QUIROZ JIMENEZ,<br>IQBAL SINGH VIRK,<br>   aka "Mark," and<br>RANJIT SINGH ROWAL,<br><br>                           DEFENDANT(S) |  |

☐ **Initial Indictment**

    Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants.  The number of defendants is _____.

    and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days.  The current estimate is _____ trial days.

---

☒ **Superseding Indictment**

    Upon a careful review of the _first_ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants.  The number of defendants is _16_.  The previous number of defendants was _2_.

    and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is 15 trial days. The previous estimate was 7 trial days.

September 17, 2024

Date

*[signature]*

LYNDSI ALLSOP
MARIA JHAI
Assistant United States Attorneys