

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>IQBAL SINGH VIRK<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cr-00369-SPG<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

    Upon motion of _the government_____, IT IS ORDERED that a detention hearing is set for _Thursday, January 30_____, _2025_____, at _10:00_____ ☒ a.m. / ☐ p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: January 27, 2025

*signature:* Karen L. Stevenson
U.S. District Judge/Magistrate Judge